IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| STEVEN WAYNE RUSSELL | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv244 |
| TDCJ-SKYVIEW UNIT | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the above-styled civil action is **DISMISSED** without prejudice. All motions not previously ruled upon are **DENIED**.

**SIGNED this the 21st day of May, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE